FILED

2023 Feb-06  PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA



## CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.      I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") arising out of my work with UAB Health System and/or related entities and individuals ("UAB Health").

2.      I worked for UAB Health from on or about __August 2019____ (month, year) to on or about __March 2020_____ (month, year). During this time, I worked for UAB Health in the following state(s): __Alabama_____.

3.      I understand that this lawsuit is brought under the FLSA.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4.      I hereby designate Berger Montague PC, at 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103 ("Plaintiff's Counsel"), to represent me for all purposes in this action or any subsequent action against UAB Health.

5.      I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature:  *Danielle Larkin*
            ─DocuSigned by:
            A33BE12FFB26429...

Date:       10/28/2022

Name:       Danielle Larkin

Address:    2185 Jefferson Street Auburn, AL 36830

Telephone:  773-510-6244

E-Mail:     drl0027@auburn.edu

### COMPLETE AND RETURN TO:
BERGER MONTAGUE PC
ATTN: Amy Ding
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3091
Fax: (215) 875-4604
Email: ading@bm.net