DocuSign Envelope ID: 5ED4CE64-0B7F-4810-B34D-5AFEED32152C
Case 2:23-cv-00142-AMM   Document 1-2   Filed 02/06/23   Page 1 of 1

FILED
2023 Feb-06 PM 05:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") arising out of my work with UAB Health System and/or related entities and individuals ("UAB Health").

2. I worked for UAB Health from on or about __January 2018__ (month, year) to on or about __September 2020__ (month, year). During this time, I worked for UAB Health in the following state(s): __Alabama__.

3. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Berger Montague PC, at 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103 ("Plaintiff's Counsel"), to represent me for all purposes in this action or any subsequent action against UAB Health.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| | |
|---|---|
| Signature: | *DocuSigned by:* [signature] E74B942212E3408... |
| Date: | 10/28/2022 |
| Name: | Mia Neustein |
| Address: | 1111 E Ramon Road unit 29, Palm Springs CA 92264 |
| Telephone: | 858-663-3223 |
| E-Mail: | mia.neustein@gmail.com |

**COMPLETE AND RETURN TO:**
BERGER MONTAGUE PC
ATTN: Amy Ding
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3091
Fax: (215) 875-4604
Email: ading@bm.net