# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANIELLE LARKIN and MIA NEUSTEIN,** *individually and on behalf of all persons similarly situated*, | ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **Case No.: 2:23-cv-142-AMM** ) ) |
| **UAB MEDICINE ENTERPRISE,** *formerly known as* UAB Health System, **and UAB HOSPITAL MANAGEMENT LLC,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

This case is before the court on plaintiffs' unopposed motion for settlement approval and attorney's fees and costs. Doc. 86. For the reasons explained in the memorandum opinion entered contemporaneously herewith, the motion is **GRANTED**. The court retains jurisdiction to enforce the Settlement Agreement for plaintiffs' unpaid wages claim under the Fair Labor Standards Act, Doc. 86-1. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this 20th day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE